THE PEOPLE OF THE STATE OF NEW YORK ex rel. AMERICAN BANK NOTE COMPANY, Appellant and Respondent, *v.* WILLIAM SOHMER, as Comptroller of the State of New York, Respondent and Appellant.

*People ex rel. American Bank Note Co.* v. *Sohmer*, 157 App. Div. 1, affirmed.
(Argued February 24, 1914; decided March 17, 1914.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the third judicial department,

entered June 9, 1913, which modified and confirmed as modified a determination of the State Comptroller refusing to revise and readjust a franchise tax assessed against the relator for the year ending October 31, 1911.

*Robert McC. Marsh* for relator, appellant and respondent.

*Thomas Carmody, Attorney-General* (*Franklin Kennedy* of counsel), for respondent and appellant.

Order affirmed, without costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, HOGAN and MILLER, JJ.